# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAXICAB INSURANCE STORE, LLC

VERSUS

LOUISIANA DEPARTMENT OF
HEALTH

NO.  2025 CW 0421

**JULY 8, 2025**

---

In Re:    Taxicab  Insurance  Store,  L.L.C.,  applying  for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 759031.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include a copy of the signed judgment in violation of the Uniform Rules of Louisiana Court's of Appeal, Rule 4-5(C)(6).

Supplementation  of  this  writ  application  and/or  an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing item noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before July 22, 2025, and must contain a copy of this ruling.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY  CLERK  OF  COURT
    FOR THE COURT